UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:19-cr-00067-JMS-MJD |
| ) | |
| WILLIAM SEBREE (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim Baker's Report and Recommendation dkt [67] recommending that William Sebree's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Baker's Report and Recommendation dkt [67]. The Court finds that Mr. Sebree committed Violation Numbers 1, 2, 3, 4, 5, and 6 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision,* dkt [34]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Sebree is sentenced to the custody of the Attorney General or his designee for a period of fourteen (14) months with credit for time served and with no supervised release to follow.

Date: 8/12/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal